AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00098 |
| Michael Sparks | ) Assigned to: Judge Robin M. Meriweather |
|  | ) Assign Date: 1/17/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| **Date of Birth:** XXXXXXXX | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 6, 2021   in the county of _____ in the
_____ in the District of   Columbia  , the defendant(s) violated:

*Code Section*                               *Offense Description*

18 USC 1752(a) Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
40 USC 5104(e)(2) Violent Entry and Disorderly Conduct on Capitol Grounds
18 USC 231(a)(3) Obstructing Law Enforcement

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*(signed)* Matthew J. Hamel

Matthew Hamel, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   01/17/2021

City and state:   Washington D.C.

*Judge's signature*

Robin M. Meriweather
United States Magistrate Judge
*Printed name and title*