UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 21-087 (TJK) |
| ) | |
| MICHAEL SPARKS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Defendant having moved the Court to dismiss Count One and Count Two of the First Superseding Indictment herein, the United States having responded thereto, and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that Count One and Count Two of the First Superceding Indictment herein be, and the same hereby are, dismissed.