UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-87 (TJK) |
| : | |
| MICHAEL SPARKS, : | |
| : | |
| Defendant. : | |

**JOINT PROPOSED BRIEFING SCHEDULE**

Pursuant to the Court's November 9, 2021 order, the parties have conferred and submit this joint proposed briefing schedule regarding defendant Michael Sparks's Motion to Dismiss Counts One and Two of the First Superseding Indictment (ECF No. 26), filed on February 2, 2022. The parties have agreed to the following proposed due dates:

- March 9, 2022: Government's Response to Defendant's Motion
- March 16, 2022: Defendant's Reply (optional)

The parties intend to submit on their papers and are not requesting a hearing on this motion. Instead, the parties respectfully request that the Court set a status conference for the week of March 28, 2022 in order to discuss next steps for this case.

          Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney
          DC Bar No. 481052

By:    */s/ Hava Mirell*
          Hava Mirell
          Assistant United States Attorney
          CA Bar No. 311098
          312 N. Spring St., Suite 1100
          Los Angeles, CA 90012
          (213) 894-0717
          Hava.Mirell@usdoj.gov

*/s/ Scott T. Wendelsdorf*
Scott T. Wendelsdorf
Counsel for Michael Sparks
Western Kentucky Federal Community Defender
629 S. 4th St., Suite 200
Louisville, KY 40202
(502) 584-0525
scott_wendelsdorf@fd.org

.