UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 21-CR-087 |
| v. | : | |
| | : | |
| MICHAEL SPARKS | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, herby informs the Court that Assistant United States Attorney Emily Allen is entering her appearance in this matter on behalf of the United States.

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar No. 481052

    */s/ Emily Allen*
    EMILY ALLEN
    Assistant United States Attorney
    CA Bar Number 234961
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    Telephone: (907) 271-4724
    Email: Emily.Allen@usdoj.gov