**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     v.<br><br>MICHAEL SPARKS,<br><br>       *Defendant.* | Criminal Action No. 21-87 (TJK) |

## <u>SCHEDULING ORDER</u>

The parties appeared before the Court on March 28, 2022 for a status conference in this matter.  As discussed at that conference, it is hereby **ORDERED** that:

1.      The parties shall appear for a telephonic status conference on August 5, 2022 at 2:00 p.m., at which time the Court will rule on Defendant's motion to dismiss; the Court will notify the parties in advance if it requires argument on the motion at that time;

2.      The United States shall notify Defendant of its intention to introduce any 404(b) evidence by September 30, 2022;

3.      The parties shall file any pretrial motions, including motions to suppress and motions *in limine*, by October 19, 2022; oppositions to the motions shall be filed by November 16, 2022; and replies shall be filed by November 30, 2022;

4.      The parties shall file on the docket and submit to chambers in Microsoft Word format at Kelly_Chambers@dcd.uscourts.gov a Joint Pretrial Statement, which shall include the information set forth in Attachment A to this Order, by November 30, 2022;

5.      The parties shall appear for a motions hearing and pretrial conference on December 14, 2022 at 2:00 p.m. in Courtroom 11; and

6.      Jury selection and trial shall commence on January 9, 2023 at 9:00 a.m. in Courtroom 11.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: March 28, 2022

<u>Attachment A</u>

The Joint Pretrial Statement shall include the following:

a. <u>A one-paragraph joint statement</u> of the case for the Court to read to prospective jurors;

b. <u>Proposed *voir dire* questions</u> that include:
    i. The *voir dire* questions on which the parties agree; and
    ii. The *voir dire* questions in which the parties disagree, with specific objections noted below each disputed question and supporting legal authority (if any);

c. <u>Proposed jury instructions</u>, which are formatted so that each instruction begins on a new page, and indicate:
    i. The instructions to which the parties agree;
    ii. The instructions to which the parties disagree, with specific objections noted below each disputed instruction and supporting legal authority (if any); and
    iii. The proposed instruction's source (e.g., the Red Book, Matthew Bender's Federal Jury Instructions), or, for modified or new instructions, its supporting legal authority;

d. <u>A list of expert witnesses</u>, accompanied by a brief description of each witness's area of expertise and expected testimony, followed by specific objections (if any) to each witness;

e. <u>A list of prior convictions</u> that the government intends to use for impeachment or any other purpose, followed by specific objections (if any) to that use;

f. <u>A list of exhibits</u> that the government intends to offer during trial, with a brief description of each exhibit;

g. <u>Any stipulations</u> executed or anticipated to be executed;

h. <u>A list of lesser included offenses</u> for which any party may seek a jury instruction; and

i. <u>A proposed verdict form</u> that includes a date and signature line for the jury foreperson, as well as proposed special interrogatories (if any).