# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 21-CR-87 (TJK) |
| : | |
| **MICHAEL SPARKS,** : | |
| : | |
| **Defendant.** : | |

## JOINT REQUEST FOR REVISED SCHEDULING ORDER

As requested by the Court at the status hearing on August 5, 2022, the United States and defendant Michael Sparks, by and through their attorneys, jointly request that the Court issue the attached Revised Scheduling Order setting forth pretrial dates and deadlines, reflecting the new trial date of February 21, 2023.

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES<br>United States Attorney | Counsel for Defendant Michael Sparks |
| | |
| /s/ *Emily W. Allen*<br>EMILY W. ALLEN, Cal. Bar No. 234961<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, DC 20530<br>emily.allen@usdoj.gov<br>(907) 271-4724 | */s/ Scott Wendelsdorf*<br>SCOTT WENDELSDORF, Ky. Bar No. 75790<br>Federal Defender<br>629 Fourth Avenue, 200 Theatre Building<br>Louisville, Kentucky 40202<br>(502) 584-0525<br>Scott_Wendelsdorf@fd.org |