UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 21-87 (TJK) |
| MICHAEL SPARKS, | |
| *Defendant*. | |

**REVISED SCHEDULING ORDER**

Upon consideration of the parties' Joint Request for Revised Scheduling Order, ECF No. 34, it is hereby **ORDERED** that:

1. By December 16, 2022: (a) the United States shall notify Defendant of its intention, if any, to introduce any evidence under Federal Rule of Evidence 404(b); (b) Defendant shall notify the United States of his intention, if any, to assert any of the defenses outlined in Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3; and (c) each party shall disclose to opposing counsel a written summary of any testimony that the party intends to use under Federal Rules of Evidence 702, 703, or 705;

2. The parties shall file any pretrial motions, including motions to suppress and motions *in limine*, by January 6, 2023; oppositions to the motions shall be filed by January 20, 2023; and replies shall be filed by January 27, 2023;

3. The parties shall file on the docket and submit to chambers in Microsoft Word format at Kelly_Chambers@dcd.uscourts.gov a Joint Pretrial Statement, which shall include the information set forth in Attachment A to this Order, by January 27, 2023;

4.  The parties shall appear for a motions hearing and pretrial conference on February 3, 2023 at 10:00 a.m. in Courtroom 11; and

5.  Jury selection and trial shall commence on February 21, 2023 at 9:00 a.m. in Courtroom 11.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: August 12, 2022

Attachment A

The Joint Pretrial Statement shall include the following:

a. <u>A one-paragraph joint statement</u> of the case for the Court to read to prospective jurors;

b. <u>Proposed *voir dire* questions</u> that include:
   i. The *voir dire* questions on which the parties agree; and
   ii. The *voir dire* questions in which the parties disagree, with specific objections noted below each disputed question and supporting legal authority (if any);

c. <u>Proposed jury instructions</u>, which are formatted so that each instruction begins on a new page, and indicate:
   i. The instructions to which the parties agree;
   ii. The instructions to which the parties disagree, with specific objections noted below each disputed instruction and supporting legal authority (if any); and
   iii. The proposed instruction's source (e.g., the Red Book, Matthew Bender's Federal Jury Instructions), or, for modified or new instructions, its supporting legal authority;

d. <u>A list of expert witnesses</u>, accompanied by a brief description of each witness's area of expertise and expected testimony, followed by specific objections (if any) to each witness;

e. <u>A list of prior convictions</u> that the government intends to use for impeachment or any other purpose, followed by specific objections (if any) to that use;

f. <u>A list of exhibits</u> that the government intends to offer during trial, with a brief description of each exhibit;

g. <u>Any stipulations</u> executed or anticipated to be executed;

h. <u>A list of lesser included offenses</u> for which any party may seek a jury instruction; and

i. <u>A proposed verdict form</u> that includes a date and signature line for the jury foreperson, as well as proposed special interrogatories (if any).