UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____  )
                                      )
                                      )
**UNITED STATES OF AMERICA,**         )
                                      )
          v.                          )   Criminal Action No. 21-087 (TJK)
                                      )
**MICHAEL SPARKS,**                   )
                                      )
               **Defendant.**         )
_____  )

**DEFENDANT'S WAIVER OF JURY TRIAL**

Comes the defendant, Michael Sparks, by counsel, and pursuant to Rule 23 of the Federal Rules of Criminal Procedure, waives a jury trial herein.

/s/ Scott T. Wendelsdorf (Ky. Bar. No. 75790)
Federal Defender
629 Fourth Avenue
200 Theatre Building
Louisville, Kentucky 40202

(502) 584-0525
Scott_Wendelsdorf@fd.org

Counsel for Defendant.

**CERTIFICATE**

I hereby certify that on October 18, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record for the United States.

/s/ Scott T. Wendelsdorf