UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | **Criminal Action No. 21-087 (TJK)** |
| ) | |
| **MICHAEL SPARKS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**MOTION OF DEFENDANT SPARKS TO
WITHDRAW WAIVER OF JURY TRIAL**

Comes the defendant, Michael Sparks, by counsel, and moves the Court for leave to withdraw his previously filed waiver of jury trial herein. (DN 36). Mr. Sparks has advised counsel that he now wishes to proceed to trial by jury.

/s/ Scott T. Wendelsdorf (Ky. Bar. No. 75790)
Federal Defender
629 Fourth Avenue
200 Theatre Building
Louisville, Kentucky 40202

(502) 584-0525
Scott_Wendelsdorf@fd.org

Counsel for Defendant.

**CERTIFICATE**

      I hereby certify that on February 17, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

      /s/ Scott T. Wendelsdorf