UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-87 (TJK) |
| | : | |
| MICHAEL SPARKS, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Upon consideration of the United States' Motion for Early Return of Trial Subpoenas Pursuant to Federal Rule of Criminal Procedure 17(c), it is hereby ORDERED:

1. That the subpoenaed entities, including Verizon and four retailers, be required to comply with the proposed trial subpoenas by producing records as described in Attachment A to each subpoena, a redacted copy of which was appended to the government's motion;

2. That the subpoenaed entities, in lieu of appearing in court with the requested records, may provide them directly to the U.S. Attorney's Office for the District of Columbia or the FBI before May 5, 2023, at 1:00 p.m.;

3. That the United States shall produce any subpoena results received promptly to the defendants through the discovery process; and

4. That the United States may grant either of the entities subpoenaed any requested necessary extensions of time to comply with the subpoenas.

**SO ORDERED.**

_____
TIMOTHY J. KELLY
United States District Judge

Date: