# Appendix C

 

Q Search   How it works ⌄   Start a GoFundMe                    Your fundraisers   Share

# Million Maga March Jan 6th 2021





$50 raised

**Share**

Scott Minor
**$50** · 27 mos

Joe Howe is organizing this fundraiser.

I was sitting here thinking about the upcoming rally in DC on Jan 6th 2021. I know it's taken a lot of planning just to get me and a few other Patriots in line to go. I was wondering what I could do to help other Patriots on this day. I'm reaching out with a idea. That idea is to have other Patriots who can't make the trip help another patriot who is attending. Whatever money I raise I plan to help Patriots that day with food, price of lodging, gas....heck maybe even a cold beer!. I am planning to document it all on my Parler account that day at Joehowe82. Feel free to check me out over there and see that I am verified. I'm doing what I can but with help I can do even more! #helpstopthesteal #Trump2020

JANUARY 6th 2021 at the Capitol in DC

## Organizer

**Joe Howe**
Organizer
Magnolia, KY

Contact

CONFIDENTIAL                                                                    2

Created December 26, 2020  •   [Events](#)

 Report fundraiser

## Your easy, powerful, and trusted home for help

 **Easy**
Donate quickly and easily.

 **Powerful**
Send help right to the people and causes you care about.

**Trusted**
Your donation is protected by the GoFundMe Giving Guarantee.

 gofundme

**Fundraise for**
Medical
Emergency
Memorial
Education
Nonprofit
Support COVID-19 fundraisers
Crisis Relief

**Learn more**
How GoFundMe Works
Why GoFundMe
Common questions
Success stories
Supported countries
Charity fundraising
Pricing

**Resources**
Help center
Blog
GoFundMe Stories
Press center
Careers
About
More resources ⌄

🇺🇸 United States  ·  English

Facebook  YouTube  Twitter  Instagram  etc.

© 2010-2023 GoFundMe    Terms    Privacy    Do Not Sell My Personal Information    Legal

Accessibility Statement

 

**All times listed are in Pacific Standard Time (PST).**

## Legend

| | |
|---|---|
| **Failed (Donation History)** | A donation did not successfully process; this can occur for a variety of reasons, ranging from: entering wrong account information, the credit card company failed the transaction, payment processor failed the transaction, or technical difficulties. |
| **Captured (User Information: Withdrawals)** | The transfer transaction successfully went through to the receiving bank/organization. |
| **KYC (Know Your Customer)** | A payment processor's process of verifying customer information by requiring them to enter in their personal information, such as: name, DOB, SSN, and address. |
| **MFA (Multi-Factor Authentication)** | A security measure for customers where they must enter in a telephone number or other personally identifiable data. |
| **Admin** | GoFundMe. |
| **Campaign Organizer** | The person who created the GoFundMe account. |
| **Beneficiary** | The person who was granted access to the account's funds. If there is no beneficiary, the campaign organizer is the person with access to the funds. |

## Campaign Information

| | |
|---|---|
| **GoFundMe URL** | https://www.gofundme.com/f/million-maga-march-jan-6th-2021 |

## Campaign Organizer Information

| | |
|---|---|
| **GoFundMe ID** | 53917282 |
| **Current Email** | joehowe82@gmail.com |
| **Current First Name** | Joe |
| **Current Last Name** | Howe |
| **Created At (PST)** | December 26th, 2020 5:54 AM |

## Payment Information

| | |
|---|---|
| **Adyen Information** | The User used Adyen as a payment account<br><br>Adyen Email: joehowe82@gmail.com<br>Adyen User ID: GFM-W-53917282<br><br>KYC Name: Joe Howe<br><br>$48.25 withdrawn on January 3rd, 2021 3:29 PM<br>Status: paid, Type: ach<br>Bank: THE CECILIAN BANK ending in 0456 |

## Activity Log [+]

| Date | User | Change | Ip Address |
|---|---|---|---|
| **6 days ago** on April 13 3:28 pm | Admin | Subpoena received (12505063). DO NOT ACTION campaign witho ut checking w Joe or lead | 0.0.0.0 |
| **21 months ago** on July 12 6:48 am | Campaign Organizer | Capture succeeded | 91.212.42.11 |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| **27 months ago** on January 7 2:45 pm | Admin | Campaign Removed for TOS Violation Ticket Link | 0.0.0.0 |
| **27 months ago** on January 7 2:45 pm | Admin | Misleading/Inaccurate event is over | 0.0.0.0 |
| **27 months ago** on January 7 2:39 pm | Admin | Transfers enabled by ADYEN | 127.0.0.1 |
| **27 months ago** on January 7 2:39 pm | Admin | Action Deadline updated by processor ADYEN to value : null | 127.0.0.1 |
| **27 months ago** on January 3 7:45 am | Campaign Organizer | ACCOUNT_HOLDER_UPDATED - Account holder information updated: [] | 82.199.90.163 |
| **27 months ago** on January 3 7:45 am | Admin | Transfers disabled by ADYEN | 127.0.0.1 |
| **27 months ago** on January 3 7:45 am | Admin | Action Deadline updated by processor ADYEN to value : 2021-02-24 10:36:24.0 | 127.0.0.1 |
| **27 months ago** on January 3 7:45 am | Campaign Organizer | ACCOUNT_HOLDER_STATUS_CHANGE - Account Status: ACTIVE -> ACTIVE (Account holder has been updated), Charges: false -> false (n/a), Transfers: false -> false (n/a) | 82.199.90.163 |
| **27 months ago** on January 3 7:45 am | Admin | Transfers enabled by ADYEN | 127.0.0.1 |
| **27 months ago** on January 3 7:45 am | Admin | Action Deadline updated by processor ADYEN to value : null | 127.0.0.1 |
| **27 months ago** on January 3 7:44 am | Campaign Organizer | ACCOUNT_HOLDER_UPDATED - Account holder information updated: [] | 82.199.90.163 |
| **27 months ago** on January 3 7:44 am | Campaign Organizer | User Did KYC | 169.136.32.79 |
| **28 months ago** on December 26 8:36 am | Campaign Organizer | ACCOUNT_HOLDER_STATUS_CHANGE - Account Status: ACTIVE -> ACTIVE (Processing tier updated), Charges: false -> false (n/a), Transfers: false -> false (n/a) | 82.199.90.163 |
| **28 months ago** on December 26 8:36 am | Admin | Action Deadline updated by processor ADYEN to value : 2021-02-24 10:36:24.0 | 127.0.0.1 |
| **28 months ago** on December 26 7:19 am | Campaign Organizer | User Changed their Password | |
| **28 months ago** on December 26 6:02 am | Campaign Organizer | ACCOUNT_HOLDER_STATUS_CHANGE - Account Status: ACTIVE -> ACTIVE (Account holder has been updated), Charges: false -> false (n/a), Transfers: false -> false (n/a) | 82.199.90.163 |
| **28 months ago** on December 26 6:02 am | Campaign Organizer | User launched Personal fund: Million Maga March Jan 6th 2021 (responsive campaign create on mobile). | 169.136.32.79 |
| **28 months ago** on December 26 6:02 am | Campaign Organizer | User launched fund (customize complete!). | 169.136.32.79 |
| **28 months ago** on December 26 5:56 am | Campaign Organizer | User uploaded media for fund: Million Maga March Jan 6th 2021 (responsive campaign create on mobile). | 169.136.32.79 |

| 28 months ago on December 26 5:56 am | Campaign Organizer | User changed goal amount to 1500 from 0 | 169.136.32.79 |
| 28 months ago on December 26 5:54 am | Campaign Organizer | User Signed Up | 169.136.32.79 |

**Donation History**

| Created At (PST) | Donor Name | Email | Amount | Postal Code | Country | WePay Check Out ID | IP Address | Status |
|---|---|---|---|---|---|---|---|---|
| 12/26/20 8:20 AM | Scott Minor | thashady1_2008@me.com | $50.00 | 42765-8140 | US | | 64.130.175.0 | Success |

[+]

**Comment History**

User did not receive any comments for this campaign

**Fund Edit History**

Showing 3 of 3 Campaign Edits

| Created At (PST) | Description |
|---|---|
| 12/26/20 6:02 AM | I was sitting here thinking about the upcoming rally in DC on Jan 6th 2021. I know it's taken a lot of planning just to get me and a few other Patriots in line to go. I was wondering what I could do to help other Patriots on this day. I'm reaching out with a idea. That idea is to have other Patriots who can't make the trip help another patriot who is attending. Whatever money I raise I plan to help Patriots that day with food, price of lodging, gas....heck maybe even a cold beer!. I am planning to document it all on my Parler account that day at Joehowe82. Feel free to check me out over there and see that I am verified. I'm doing what I can but with help I can do even more! #helpstopthesteal #Trump2020<br><br>JANUARY 6th 2021 at the Capitol in DC |
| 12/26/20 5:56 AM | |
| 12/26/20 5:56 AM | |

**Fund Updates**

No Campaign updates found.

This report was created at: April 19th, 2023 5:15 PM

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC
## RECORDS PURSUANT TO FEDERAL RULES OF
## EVIDENCE 902(11) AND 902(13)

I, ___Denise Smith_____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by ___GoFundMe, Inc._____ ("PROVIDER"), and my title is ___Trust & Safety Specialist_____. I am a custodian of records for PROVIDER, and I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of PROVIDER. The attached records consist of:

___all records requested in GoFundMe's custody or control_____
[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]

I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of PROVIDER, and they were made by PROVIDER as a regular practice; and

b.      such records were generated by PROVIDER's electronic process or system that produces an accurate result, to wit:

1.      the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of PROVIDER in a manner to ensure that they are true duplicates of the original records; and

2.      the process or system is regularly verified by PROVIDER, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

___04/20/2023_____          *Denise Smith*_____
Date                                             Signature

## CERTIFICATE OF AUTHENTICITY OF DATA COPIES FROM AN ELECTRONIC DEVICE STORAGE MEDIA PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) and 902(14)

I, J. Aaron Kiger, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. 1746, that the information contained in this certification is true and correct.

1. I am employed by the Federal Bureau of Investigation (FBI) and my title is Digital Forensic Examiner. I have been employed by the FBI for over (13) years. Since 2016, I have been assigned to the Kentucky Regional Computer Forensics Laboratory (KRCFL). While assigned to the KRCFL, I have had training and experience acquiring evidence from digital devices, including mobile devices. Specifically, I have attended mobile device training on the tool(s) used for this case.

2. I am qualified to authenticate data copied from the electronic device listed below because of my experience and training, and I created or had personal involvement in the creation of the digital extraction below:

| Original Device | Specimen ID | Extraction Identifiers |
|---|---|---|
| Samsung Galaxy A21 Model: SM-S215DL Agency Item: 1B1 | KRC005764 | File Name and MD5 Hash: \\LSKR-F03\Cases03\KRC221025001\Source\UFED samsung SM-S215DL 2022_12_01 (001)\EXTRACTION_FFS 01\EXTRACTION_FFS.zip FAA38E14E9D7775CAA570BDA43901BEF |

3. The extraction identified above was made on December 1, 2022, using specialized forensic acquisition technology from Cellebrite. In my training and experience, this forensic tool creates an accurate and reliable copy of data contained on digital devices and I have regularly relied on this tool to acquire digital evidence in the past.

4. Furthermore, I know the forensic extraction process was complete and accurate because the forensic software generated a hash (i.e., digital fingerprint) of the resulting extraction file and because the software expressly indicated the extraction was successful.

5. On December 1, 2022, I utilized a forensic software technology from Cellebrite, named Physical Analyzer, to process the extraction and subsequently generated a UFED Reader cell phone digital report. The UFED Reader digital report was made available to the requesting agency for investigative review. I know the UFED Reader digital report was complete and accurate because the forensic software expressly indicated the process was successful and no errors were detected.

6. In accordance with Federal Rule of Evidence 803(6) and 902(11), all records attached to or referenced by this certificate:

a.   were made at or near the time by a person with knowledge;

b.   were kept in the course of regularly conducted activity of the FBI;

c.   and making the records are a regular practice of that activity.

I further state that this certification is intended to satisfy Rules 902(11) and 902(14) of the Federal Rules of Evidence.

_JANUARY 23, 2024_
Date

Signature

| Calendar Entry | Event information |
|---|---|
| **Subject:** Stay: Holiday Inn Washington Capitol - Natl Mall<br>**Attendees:**<br>**Location:** Holiday Inn Washington Capitol - Natl Mall<br>**Details:**<br>Reservation Number: 9203177658681<br><br>Check-in: 3:00 AM<br>Check-out: 12:00 PM | **Category:** My calendar<br>**Reminders:**<br>**Priority:** Unknown<br>**Status:** Unknown<br>**Class:** Normal<br>**Availability:** Unknown<br>**Repeat Day:** None<br>**Repeat Rule:** None<br>**Repeat Interval:** 0<br>**Repeat Until:**<br>**Source:** Calendar<br>**Account:**<br>**Source Extraction:** File System<br>**Source file:**<br>EXTRACTION_FFS.zip/data/data/com.android.provide<br>calendar/databases/calendar.db : 0x32BE3 (Table:<br>Events, Calendars; Size: 294912 bytes) |

## Text Exchange Between Michael Sparks and Joseph Howe

Date November 17, 2021

Joseph Howe: (270) 763-7335

Michael Sparks: 1 (270) 769-8647

MS
11/17/2021 / 9:22 PM
Called today on my Capitol one credit card to go over a charge on my card and was on the phone fir 1 hour strait talking about the vaccine. Guy was from Virginia and so educated on the mRNA moderna , what he told me was scary

JH
11/17/2021 / 9:32 PM
Lol how on earth did that turn into a shot talk

MS
11/17/2021 / 9:34 PM
I just said with everything going on also bam it was an hour . Talked about the election being stole etc , he said America is finally awake

JH
11/17/2021 / 9:34 PM
Damn thats awesome to come from a ramdom stranger

## Text Exchange Between Michael Sparks and Joseph Howe

Date January 9, 2022

Joseph Howe: (270) 763-7335                                        Michael Sparks: 1 (270) 769-8647

**JH** — 1/9/2022 / 6:30 PM
Canada and the US are in agreement that any truck driver crossing has to show vaccine proof............

1/9/2022 / 6:31 PM — **MS**
It will shut us down

**JH** — 1/9/2022 / 6:32 PM
I've just been trying to get everything in order just in case

**JH** — 1/9/2022 / 6:32 PM
Something big is brewing .......I just feel it

### Text Exchange Between Michael Sparks and Joseph Howe

Date January 9, 2022

Joseph Howe: (270) 763-7335

Michael Sparks: 1 (270) 769-8647

MS — 1/9/2022 / 6:32 PM
I couldn't agree more

JH — 1/9/2022 / 6:33 PM
My family has your Family's back........I promise

MS — 1/9/2022 / 6:34 PM
Same here brother you can count on that

MS — 1/9/2022 / 6:45 PM
They are trying to hide Everything but there a ton of court cases going on and I truly believe they are going to expose the fraudulent election

JH — 1/9/2022 / 7:00 PM
We can only hope

## Text Exchange Between Michael Sparks and Joseph Howe

Date January 12, 2022

Joseph Howe: (270) 763-7335

Michael Sparks: 1 (270) 769-8647

**JH**
1/12/2022 / 10:51 AM
Things are on the upswing

Date January 14, 2022



1/14/2022 / 8:33 PM
https://fb.watch/awwNi1T5aL/



**JH**
1/14/2022 / 8:51 PM
Damn I like her!!!!



## Text Exchange Between Michael Sparks and Joseph Howe

Date January 15, 2022

Joseph Howe: (270) 763-7335

Michael Sparks: 1 (270) 769-8647

1/15/2022 / 6:34 PM

There's a whole lot of talk about decertification of Arizona and Georgia and a Wisconsin, like it's coming real soon

MS

JH

1/15/2022 / 6:43 PM

Like reaaaaalllllll talk

## Text Exchange Between Michael Sparks and Joseph Howe

Date July 29, 2022

Joseph Howe: (270) 763-7335

Michael Sparks: 1 (270) 769-8647

**MS** — 7/29/2022 / 7:58 PM
You hear about Wisconsin Supreme Court on the election

**JH** — 7/29/2022 / 8:03 PM
No I havnt........whats up

**MS** — 7/29/2022 / 8:06 PM
Supreme Court ruled that 2020 election was illegitimate and now they are moving to decertify

**JH** — 7/29/2022 / 8:07 PM
Holy crap!!!!

## Text Exchange Between Michael Sparks and Joseph Howe

Date July 29, 2022

Joseph Howe: (270) 763-7335

Michael Sparks: 1 (270) 769-8647



**MS** — 7/29/2022 / 8:08 PM
Tina Peters news??

**JH** — 7/29/2022 / 8:15 PM
The Colorado lady

**MS** — 7/29/2022 / 8:16 PM
Yes

**JH** — 7/29/2022 / 8:16 PM
I knew she raised her money.....they giving her a recount?????

**MS** — 7/29/2022 / 8:16 PM
Yes

**JH** — 7/29/2022 / 8:18 PM
Hell yea!!

## Text Exchange Between Michael Sparks and Joseph Howe

Date October 21, 2022

Joseph Howe: (270) 763-7335

Michael Sparks: 1 (270) 769-8647



JH — 10/21/2022 / 9:18 PM
Dang your selling that big trailer???

MS — 10/21/2022 / 9:24 PM
Yes



JH — 10/21/2022 / 9:36 PM
How come? Just don't use it enough?

MS — 10/21/2022 / 9:43 PM
Going to jail lol



JH — 10/21/2022 / 9:44 PM
Man courts not til February



MS — 10/21/2022 / 9:46 PM
3 month away . When would you sale out