# Appendix D

