UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-87(1) (TJK) |
| | : | |
| MICHAEL SPARKS, | : | |
| | : | |
| Defendant. | : | |

### FACTUAL STIPULATIONS OF THE PARTIES

The United States of America and defendant Michael Sparks, by and through their attorneys, agree and stipulate to the following:

### *The Capitol Building and Grounds*

By law, the U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Only authorized people with appropriate identification are allowed access inside the Capitol. Restrictions around the Capitol building and grounds include permanent and temporary security barriers and posts manned by USCP.

On January 6, 2021, the Capitol was closed to the public and accessible by only those with credentialed access or their guests.   The security barriers in place that day included bike racks that were positioned to the north of the U.S. Capitol along Constitution Avenue; to the south of the U.S. Capitol along Independence Avenue; to the west of the U.S. Capitol along First Street on the eastern side of that street (West Front); and, on the east side of the U.S. Capitol, between the Capitol Plaza (East Front) and the grassy areas located between the Plaza and First Street. Within the West Front of this restricted area there were additional temporary barriers due to preparations and ongoing construction for the Inauguration which was scheduled for January 20, 2021,

including green snow fencing and signs stating "Area Closed By order of the United States Capitol Police Board."

The restricted area described above was entirely within the Capitol Grounds, as that term is used in Title 40, United States Code, Section 5104(e)(2).

### *The Certification of the Electoral College Vote*

On January 6, 2021, a joint session of the United States Congress convened at the U.S. Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in both the House and Senate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020.

On January 6, 2021, the House of Representatives began its session at approximately 12:00 p.m., the Senate began its session at approximately 12:30 p.m., and the two Houses met together at approximately 1:00 p.m. in the House of Representatives chamber to begin the joint session. Vice President Mike Pence was in the Capitol building and presiding over the joint session. At approximately 1:15 p.m., the House and Senate adjourned to their separate chambers for up to two hours to resolve a particular objection.

At approximately 2:12 p.m., Vice President Pence evacuated the Senate chamber, and approximately one minute later the senator who had become the presiding officer in Vice President Pence's absence declared that the Senate would stand in recess. Senators evacuated the Senate chamber.

At approximately 2:15 p.m., Speaker Nancy Pelosi, who was presiding over the House of Representatives, evacuated the House chamber, and approximately fifteen minutes later the

representative who had become the presiding officer in her absence declared that the House would stand in recess.   Representatives evacuated the House chamber.

The joint session was suspended.

The Senate and House resumed meeting at approximately 8:06 p.m. and 9:02 p.m., respectively.   Congress's joint session continued until approximately 3:44 a.m. on January 7, 2021, when it completed the certification of the Electoral College vote.

### *Identity of the Defendant*

The screenshots below depict Michael Sparks as he appeared in various locations in Washington, D.C., inside the U.S. Capitol, and on Capitol grounds on January 6, 2021.







Respectfully submitted,

For the United States:

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


*/s/ Emily W. Allen*
EMILY W. ALLEN

*/s/ Sonia Mittal*
SONIA MITTAL
Assistant U.S. Attorneys

For the Defendant:

MICHAEL SPARKS
Defendant



*/s/ Scott Wendelsdorf*
SCOTT WENDELSDORF
Counsel for Michael Sparks

4