UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-87(1) (TJK) |
| | : | |
| MICHAEL SPARKS, | : | |
| | : | |
| Defendant. | : | |

### AUTHENTICITY OF EVIDENCE

The United States of America and defendant Michael Sparks, by and through their attorneys, agree and stipulate that the following evidence is authentic, in that it is what it purports to be. These stipulations do not impinge on the parties' rights to object to the introduction of the stipulated evidence on grounds other than authenticity, including relevance under Federal Rules of Evidence 401 and 402, exclusion under Rule 403, improper character evidence under Rule 404, hearsay under Rule 802, or any other grounds.

### *United States Capitol Police Closed Circuit Video Monitoring*

The United States Capitol Police (USCP) operate and maintain closed-circuit video monitoring and recording equipment that captures locations inside and outside of the U.S. Capitol building and on the Capitol grounds. The video equipment timestamps each recording with the date and time at which the footage is captured. The USCP-controlled video equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021, is footage from January 6, 2021. The events depicted in the USCP video footage, including but not limited to Exhibits 101 through 123, are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021, the timestamps on the recordings are accurate, and the video footage was not altered or edited in any way. The video footage is authentic in that it is what it purports to be.

### *Police Radio Communications*

Law enforcement agencies, including the USCP and U.S. Secret Service (USSS), operate and maintain radios that allow officers to communicate with one another and with others while performing their duties. The equipment includes various radio channels, and sometimes allows users to transmit or listen across multiple channels simultaneously. The recordings from these radio communications on January 6, 2021, are accurate, and the audio record was not altered or edited in anyway. The audio files, including but not limited to the audio portions of Exhibit 123, Exhibit 150, and Exhibit 914, are authentic in that they are what they purport to be.

### *Senate and House Recording Studio Footage*

Cameras on the Senate and House floors operated by the Senate Recording Studio and the House Recording Studio, respectively, record video and audio of the activity occurring there. This footage is also broadcast through the Cable-Satellite Public Affairs Network (CSPAN). On January 6, 2021, much of the proceedings taking place on the Senate and House floors were contemporaneously recorded by these recording studios. The video footage contained in Exhibit 913 and 914 and the still shots in Exhibits 909 and 911 are fair and accurate depictions of the events on the Senate and House floors on January 6, 2021, the timestamps on the recordings are accurate, and the video footage was not altered in any way. The video and audio footage is authentic in that it is what it purports to be. Furthermore, the excerpts of the Congressional Record set forth in Exhibits 907 and 908, and contained within Exhibit 913, are accurate and authentic excerpts of the official Congressional Record of January 6, 2021.

### *Videos and Photographs Recorded by Third Parties*

Individuals who were present at the U.S. Capitol building and on Capitol grounds also recorded videos and took photographs. Many of these videos and photos are publicly available

and show the same events recorded by USCP-controlled video equipment. The videos and photographs identified by exhibit number on the attached list, Attachment A, are all fair and accurate depictions of the events at and near the U.S. Capitol on January 6, 2021, and are authentic in that they are what they purport to be.

### *Authenticity and Foundation of Business Records of Purchases*

In December 2020 and January 2021, Michael Sparks operated a credit card account with Capitol One, with an account ending in 5665. Account records and statements provided by Capitol One at Exhibit 602 and 603 are true and accurate statements of Sparks's credit card account activity.

On January 2, 2021, Michael Sparks purchased a Savage Arms model 64-FV-SR semi-automatic rifle, a duplex reticle rifle scope, and a scope mount at Kentucky Gun Company. Exhibit 605 is a true and accurate receipt of Sparks's purchase that day, and the product description at Exhibit 611 is a true and accurate reflection of the Savage Arms 64 FV-SR Heavy Threaded 22LR purchased. In addition, Exhibit 606 is a true and accurate copy of the federal Firearms Transaction Record reflecting that purchase.

On January 10, 2021, Michael Sparks purchased a Taurus model M605 revolver at Woods Armory. Exhibit 609 is a true and accurate receipt of Sparks's purchase that day, and Exhibit 608 is a true and accurate copy of Sparks's correspondence with Woods Armory in relation to that firearm. In addition, Exhibit 610 is a true and accurate copy of the federal Firearms Transaction Record reflecting that purchase.

### *Authenticity and Foundation of Digital Device Evidence*

On, leading up to, and shortly after January 6, 2021, Michael Sparks was in possession of and used an Apple iPhone 11 Pro Max associated with the telephone number (270) 769-8647. On January 24, 2021, with Sparks's consent, the Federal Bureau of Investigation (FBI) took

possession of Sparks's cell phone. The FBI generated a digital image of Sparks's cell phone, which is an exact and accurate duplicate of the data contained on the phone. The data, including message logs and content, images, videos, search history, and other records, obtained from the extraction of Sparks's cell phone and from that image, is authentic and the parties stipulate to the foundation that this data was recovered from the cell phone used by Michael Sparks. The parties stipulate to the authenticity and foundation of the photos and videos at Exhibits 404 through 413 and 416 through 420, which are user-generated files created by Sparks's iPhone 11. The parties stipulate that the text messages and search history summarized in Exhibits 414, 415, 421 through 427 are accurate summaries of text message and search data found on Sparks's phone.

Between December 2020 and October 2022, Joseph Howe used the cell phone number (270) 763-7335. In October 2022, the FBI took possession of his cell phone, a Samsung Galaxy A21, and extracted a forensic image. The parties stipulate that the text messages summarized in Exhibit 713 between Howe and Sparks, and the calendar entry at Exhibit 712, are accurate and authentic records obtained from Howe's cell phone.

### *Authenticity and Foundation of Electronic Evidence*

On, leading up to, and shortly after January 6, 2021, Michael Sparks operated a Facebook account under the display name "Mike Sparks." Subscriber records, account information, posts, comments, and correspondence to and from this account provided by Facebook (operated by Meta Platforms, Inc.) are true and accurate records of Sparks's account and correspondence. The parties stipulate to the authenticity and foundation of the subscriber records, posts, and messages contained in Exhibits 303 through 345, which come from Sparks's Facebook account.

On, leading up to, and shortly after January 6, 2021, Michael Sparks operated a Parler account with the username "Mikesparks33." Subscriber records, account information, posts, comments, and correspondence to and from this account provided by Parler are true and accurate

4

records of Sparks's account and correspondence. The parties stipulate to the authenticity and foundation of the summary of subscriber records, posts, and Parler activity contained in Exhibit 383, which comes from Sparks's Parler account.

### *Authenticity and Foundation of Physical Evidence*

Throughout the day on January 6, 2021, Michael Sparks wore and had in his possession a camo-print Magellan hat and a pair of black Mechanix gloves with white stripes. The hat and gloves were later obtained from Sparks by the FBI and both items were secured in evidence. The hat is designated Exhibit 501, and a photograph of the hat is designated Exhibit 502. The gloves are designated Exhibit 503, and a photograph of the gloves is designated Exhibit 504. The photographs at Exhibits 502 and 504 are true and accurate depictions of the hat and gloves that Sparks wore on January 6, 2021.

On October 24, 2022, the FBI searched Joseph Howe's home and recovered a vest. That vest is designated Exhibit 721, and a true and accurate photograph of the vest is designated Exhibit 722.

Respectfully submitted,

| For the United States: | For the Defendant: |
|---|---|
| MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 | MICHAEL SPARKS<br>Defendant |
| */s/ Emily W. Allen*<br>EMILY W. ALLEN | */s/ Scott T. Wendelsdorf*<br>SCOTT WENDELSDORF<br>Counsel for Michael Sparks |
| */s/ Sonia Mittal*<br>SONIA MITTAL<br>Assistant U.S. Attorneys | |

## Attachment A

*Authenticity of Videos and Photographs Recorded by Third Parties*

| Government's Exhibits | |
|---|---|
| **Exhibit Number** | **Description** |
| 201 | Former President Trump January 6 Rally Speech |
| 202 | Sandy Bachom – Sparks at rally |
| 203 | *Reserved* |
| 204 | ProTrump – Loyd on West Front |
| 205 | SCNR Screenrecording – West Front and scaffolding breach |
| 206 | ProPublica – Sparks outside scaffolding |
| 207 | Southcoast Reality TV – Sparks outside scaffolding |
| 208 | TLM – Sparks outside scaffolding |
| 209 | West front – Sparks outside scaffolding |
| 210 | Insurgence USA – Sparks in scaffolding, Senate wing door |
| 211 | Getty Video 499 – Sparks in scaffolding |
| 212 | *Reserved* |
| 213 | RMG News – Sparks in scaffolding |
| 214 | West front – scaffolding breach |
| 215 | Getty Video 610 – Sparks in scaffolding |
| 216 | Emily Molli – Officers on NW stairs |
| 217 | Photo – Sparks waving on NW stairs |
| 218 | Upper West Terrace – breach |
| 219 | BG on the scene – Sparks entering SWD |

| 220 | IMG_1577 – Outside SWD |
|---|---|
| 221 | 2nd floor video of rioters entering SWD |
| 222 | Photo – Sparks sprayed entering through SWD window |
| 223 | Parler - Howe kicking SWD |
| 224 | IMG_1578 – Breach of SWD |
| 225 | Uirf – SWD breach to interior stairs |
| 226 | 8iUlGlF – interior stairs from 3rd floor |
| 227 | Jan6attack – interior stairs from 3rd floor |
| 228 | Igor Bobic – Sparks in OCC (with subtitles) |
| 229 | NYT – Sparks in OCC |
| 230 | Photo – Sparks and Goodman |
| 231 | Reuters photo – Goodman and Sparks |
| 232 | Photo – Sparks and Goodman 2 |
| 233 | Photo – Sparks confronting Goodman and other officers |
| 234 | We are mad – Sparks in Ohio Clock Corridor |
| 235 | Ronhaviv – Sparks in OCC (with subtitles) |
| 236 | Photo – Sparks in Ohio Clock Corridor |
| 237 | Photo – Sparks in Ohio Clock Corridor |
| 238 | Photo – Sparks in Ohio Clock Corridor |
| 239 | Photo – Sparks in background in Ohio Clock Corridor |
| 240 | Photo – Sparks in background in Ohio Clock Corridor fire extinguisher |
| 241 | Bison Wizard – Sparks in Ohio Clock Corridor fire extinguisher |
| 242 | Nolan Kidd – Sparks in Ohio Clock Corridor post fire extinguisher |
| 243 | Checkpoint Asia – Sparks exiting SWD window |

| | |
|---|---|
| **244** | uWqE – Sparks outside Capitol |
| **245** | The Allen Report 1 – Sparks outside Capitol |
| **246** | William Turton – Sparks outside Capitol |
| **247** | The Allen Report 2 – Sparks outside Capitol |
| **248** | cody.ryan – Sparks outside Capitol |
| **249** | cali.davis – Sparks outside Capitol |
| **250** | MDPatriot – Sparks outside Capitol |
| **251** | MrDanielDd – Sparks outside Capitol |
| **252** | moral_upheaval – Sparks outside Capitol |
| **253** | UWT afternoon – Sparks outside Capitol |
| **254** | NancyNaTv – Sparks outside Capitol |
| **255** | 7iB22C7 – Sparks outside Capitol |
| **256** | *Reserved* |
| **257** | Photo –   East Front Officers |
| **258** | Photo –   Sparks in Ohio Clock Corridor |
| **259** | Officers on West Front and on Scaffolding |
| **260** | *Reserved* |
| **261** | NYT Day of Rage 1 -- Officers on West Front |
| **262** | NYT Day of Rage 2 -- Under Scaffolding and Goodman |
| **263** | News USA – Howe Sparks on National Mall (with subtitles) |
| **264** | Adams Connelly NW Stair Rush |
| **265** | Adams Connelly SWD Breach |

| Defense Exhibits | |
|---|---|
| **Exhibit Number** | **Description** |
| **D-1** | Day of Rage excerpt #1 |
| **D-2** | Day of Rage excerpt #2 |
| **D-3** | Day of Rage excerpt #3 |
| **D-4** | Day of Rage excerpt #4 |