UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-cr-87(1) (TJK) |
| v. | : | |
| | : | |
| MICHAEL SPARKS, | : | |
| | : | |
| Defendant. | : | |

**JOINT PRETRIAL STATEMENT**

Pursuant to the Court's July 27, 2023, Order (ECF 65), the parties hereby jointly submit this pretrial statement. As directed, the parties will deliver a Microsoft Word version of this document and attachments to the Court by email to Kelly_Chambers@dcd.uscourts.gov.

A. **Joint Statement of the Case**

The parties have agreed that the following is an appropriate statement of the case:

This is a criminal case.  The government has charged the defendant, Michael Sparks, with violating six federal criminal laws based on his actions at the U.S. Capitol on January 6, 2021. Specifically, the government alleges that Mr. Sparks interfered with Congress's meeting to certify the results of the 2020 presidential election; that he obstructed and interfered with a United States Capitol Police Officer; that he unlawfully entered and engaged in disorderly and disruptive conduct in the restricted area in and around the U.S. Capitol building; and that he engaged in disorderly conduct and paraded, demonstrated, and picketed in the U.S. Capitol building and Grounds.  Mr. Sparks denies each and every charge.

B. **Proposed Voir Dire Questions**

The parties' jointly-proposed voir dire questions are set forth in a separate attached exhibit.

### C. Proposed Jury Instructions

The parties' jointly-proposed jury instructions are set forth in a separate attached exhibit. There parties are in agreement on all proposed jury instructions other than the first element of Count One. The bases for the parties' disagreement on that element is set forth in the attached exhibit.

Defendant does not stipulate or concede that Congress's Joint Session to certify the Electoral College vote was an "official proceeding" as that term is used in Count One. The question is one of law for the Court, however. If the Court finds that the session was an "official proceeding" within the meaning of the applicable statute, then the defendant agrees that the proposed instruction would be correct.

### D. Expert Witnesses

Neither the government nor the defense intends to call any expert witness to testify at trial. In the event either party learns of new circumstances that warrant expert testimony, that party will promptly notify the Court and opposing counsel.

### E. Prior Convictions

The government does not intend to use any prior convictions of the defendant for impeachment or any other purpose.

### F. Government Exhibits

The list of government exhibits is attached.

### G. Stipulations

The parties have reached stipulations which have been filed separately. These include a set of stipulated facts (ECF 89), and a set of agreements relating to the authenticity of evidence (ECF 90).

### H. Lesser Included Offenses

The parties do not intend to seek any jury instructions for any lesser included offenses.

### I. Proposed Verdict Form

The parties' jointly-proposed verdict form is attached. Throughout the trial, the parties request that the Court refer to the charged counts sequentially, without referring to co-defendant Joseph Howe and without referring to the counts with which only Joseph Howe is charged. This would avoid confusing the jury with out-of-sequence numbering, and avoid any invitation to the jury to speculate as to the nature of the missing counts or the reason those counts are not presented for their evaluation. Accordingly, the parties request that the charges against defendant Michael Sparks be referred to in the verdict form and throughout the proceedings before the jury as follows:

| Existing Count (Second Superseding Indictment, ECF 39): | To be referred to as: |
| --- | --- |
| Count One – 18 U.S.C. §§ 1512(c)(2) and 2 | Count One |
| Count Two – 18 U.S.C. §§ 231(a)(3) and 2 | Count Two |
| Count Ten – 18 U.S.C. § 1752(a)(1) | Count Three |
| Count Eleven – 18 U.S.C. § 1752(a)(2) | Count Four |
| Count Twelve – 40 U.S.C. § 5104(e)(2)(D) | Count Five |
| Count Fourteen – 40 U.S.C. § 5104(e)(2)(G) | Count Six |

A redacted copy of the indictment, with notes consistent with this re-numbering request, is also attached.

Respectfully submitted,

| For the United States: | For the Defendant: |
|---|---|
| MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 | MICHAEL SPARKS<br>Defendant |
| /s/ *Emily W. Allen*<br>EMILY W. ALLEN | /s/ *Scott Wendelsdorf*<br>SCOTT WENDELSDORF<br>Counsel for Michael Sparks |
| /s/ *Sonia Mittal*<br>SONIA MITTAL<br>Assistant United States Attorneys | |