CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. ) Civil/Criminal No.: 21-CR-087-1 (TJK)
)
MICHAEL SPARKS )
)

## NOTE FROM JURY

Could we get a definition of "independently unlawful means?" (pg. 10)

Also, could we please get more water bottles?

Date: 3/1/2024

Time: 1:33 PM

FOREPERSON