# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL SPARKS,<br><br>      *Defendant.* | Criminal Action No. 21-87-1 (TJK) |

## RESPONSE TO JURY NOTE OF MARCH 1, 2024 AT 1:33 P.M.

The words "independent unlawful means" may be given their ordinary meanings.

*/s/ Timothy J. Kelly*
TIMOTHY J. KELLY
United States District Judge

March 1, 2024