CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

MICHAEL SPARKS

Civil/Criminal No.: 21-CR-087-1 (TJK)

## NOTE FROM JURY

Does an "act with an unlawful purpose" mean that any intentional breaking of the law is corruption? (page 10)

Does corruption here refer specifically to disrupting an official proceeding?

Date: 3/1/2024

Time: 1:53 pm

FOREPERSON