# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL SPARKS,<br><br>*Defendant.* | Criminal Action No. 21-87-1 (TJK) |

## RESPONSE TO JURY NOTE OF MARCH 1, 2024 AT 1:53 P.M.

That the defendant acted corruptly is one element of what the government is required to prove beyond a reasonable doubt in connection with Count One, Obstruction of An Official Proceeding.

The definition of what it means to act corruptly is set forth in your instructions. Part of that definition states that: To act "corruptly," the defendant must use independently unlawful means or act with an unlawful purpose, or both. The defendant must also act with "consciousness of wrongdoing." "Consciousness of wrongdoing" means with an understanding or awareness that what the person is doing is wrong or unlawful.

_____
TIMOTHY J. KELLY
United States District Judge

March 1, 2024