CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

MICHAEL SPARKS

Civil/Criminal No.: 21-CR-087-1 (TJK)

### NOTE FROM JURY

We have reached a verdict.

Date: 3/1/2024

Time: 3:29 PM

FOREPERSON