UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

MICHAEL SPARKS,

    *Defendant.*

Criminal Action No. 21-87-1 (TJK)

## VERDICT FORM

Please indicate your verdicts with a checkmark. Your verdict on each count must be unanimous.

**Count One:** Obstructing an Official Proceeding and Aiding and Abetting
18 U.S.C. § 1512(c)(2) and 2

Not Guilty \_\_\_\_\_    Guilty ✓

**Count Two:** Obstructing Officers During a Civil Disorder and Aiding and Abetting
18 U.S.C. § 231(a)(3) and 2

Not Guilty \_\_\_\_\_    Guilty ✓

**Count Three:** Entering or Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(1)

Not Guilty \_\_\_\_\_    Guilty ✓

**Count Four:** Disorderly or Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)

Not Guilty \_\_\_\_\_    Guilty ✓

**Count Five:** Disorderly or Disruptive Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(D)

Not Guilty _____    Guilty ✓

**Count Six:** Parading, Demonstrating, or Picketing in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)

Not Guilty _____    Guilty ✓

Date: March 1, 2024                 Signature of Foreperson