UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No: 21-CR-087(1) (TJK) |
| | : | |
| MICHAEL SPARKS, | : | |
| | : | |
| Defendant. | : | |

## JOINT MOTION TO CONTINUE SENTENCING HEARING

The United States of America and the defendant Michael Sparks, by and through undersigned counsel, respectfully moves this Court to continue the sentencing hearing currently scheduled for July 9, 2024, to August 27, 2024, at 10:00 am, to allow the parties to consider the effect of an anticipated decision by the U.S. Supreme Court that may bear on the issues to be resolved at sentencing in this case. *See Fischer v. United States*, 144 S. Ct. 537, 217 L. Ed. 2d 285 (2023) (granting certiorari to determine the construction of 18 U.S.C. § 1512(c)). The parties have conferred with court staff and believe that the requested date is available upon the Court's order.

Respectfully submitted,

For the defendant:                                              For the United States:

                                                                MATTHEW M. GRAVES
                                                                United States Attorney
                                                                D.C. Bar No. 481052

*/s/ Scott Wendelsdorf*                                         */s/ Emily W. Allen*
SCOTT WENDELSDORF                                               EMILY W. ALLEN, Cal. Bar No. 234961
(Ky. Bar No. 75790)                                             SONIA MITTAL
Federal Defender                                                Assistant United States Attorneys
629 Fourth Avenue, 200 Theatre Bldg.                            601 D Street NW
Louisville, Kentucky 40202                                      Washington, DC 20530
(502) 584-0525                                                  (619) 546-8266