UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
)
**UNITED STATES OF AMERICA,** )
)
v. ) Criminal Action No. 21-087 (TJK)
)
**MICHAEL SPARKS,** )
)
Defendant. )
_____ )

**DEFENDANT'S RESPONSE TO THE GOVERNMENT'S
MOTION TO DISMISS COUNT ONE WITH MOTION
TO CONTINUE SENTENCING HEARING**

Comes the defendant, by counsel, and for his response to the motion of the United States to dismiss Count One of the Second Superceding Indictment herein (DN 126) says that he consents to the granting of said motion. In the alternative, defendant moves the Court to dismiss Count One of the Second Superceding Indictment herein on the grounds set forth in <u>Fischer v. United States</u>, ___ U.S. ___, 144 S.Ct. 2176 (1924), and in his previously filed motion to dismiss. (DN 84).

Assuming the Court dismisses Count One, it substantively changes the sentencing issues herein, and defendant moves the Court to 1) continue the sentencing in this action currently scheduled for August 27, 2024; 2) direct the preparation of a new presentence report regarding the remaining counts of conviction; and 3) permit the parties sufficient time to file objections or otherwise respond thereto and to properly prepare for

sentencing. Also, additional time is needed in light of this development for the undersigned to properly counsel and advise defendant in order to provide constitutionally adequate representation.

/s/ Scott T. Wendelsdorf (Ky. Bar. No. 75790)
Federal Defender
629 Fourth Avenue
200 Theatre Building
Louisville, Kentucky 40202

(502) 584-0525
Scott_Wendelsdorf@fd.org

Counsel for Defendant.

## CERTIFICATE

I hereby certify that on August 2, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Scott T. Wendelsdorf

O:\Clients\Mtncontinue\SparksMichaelSentencing.wpd