# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | **Criminal Action No. 21-087 (TJK)** |
| | ) | |
| **MICHAEL SPARKS,** | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW FILING

Comes the defendant, by counsel, and moves the Court for leave to withdraw his response to the motion of the United States to dismiss Count One of the Second Superceding Indictment herein (DN 127). Said filing was corrupted during the conversion to PDF. A corrected version has been filed. (DN 128).

/s/ Scott T. Wendelsdorf (Ky. Bar. No. 75790)
Federal Defender
629 Fourth Avenue
200 Theatre Building
Louisville, Kentucky 40202

(502) 584-0525
Scott_Wendelsdorf@fd.org

Counsel for Defendant.

## CERTIFICATE

I hereby certify that on August 2, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Scott T. Wendelsdorf