## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No. 21-CR-87(1) (TJK) |
| | : | |
| **MICHAEL SPARKS,** | : | |
| Defendant. | : | |

## DEFENDANT'S PROFFER OF
## STATEMENT AND SUPPORTING LETTERS

Comes the defendant, by counsel, pursuant to 18 U.S.C. §3661, and proffers the attached statement of the defendant and 32 letters from his family, friends, and acquaintances for consideration by the Court in imposing an appropriate sentence herein.

18 U.S.C. §3661 provides in pertinent part that "no limitation shall be placed on the information concerning the background, character, and conduct of [the defendant] which a court of the United States may receive and consider for the purpose of imposing an appropriate sentence."

/s/ Scott T. Wendelsdorf (Ky. Bar No. 75790)
Federal Defender
629 Fourth Avenue
200 Theatre Building
Louisville, Kentucky 40202
(502) 584-0525
Scott_Wendelsdorf@fd.org

Counsel for Defendant.

## CERTIFICATE

      I hereby certify that on August 12, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Scott T. Wendelsdorf