# Allen, Emily (USADC)

| | |
|---|---|
| **From:** | Foley, Jess M. (LS) (FBI) |
| **Sent:** | Monday, January 18, 2021 11:07 AM |
| **To:** | Kelley, Elizabeth (USADC); Hamel, Matthew J. (CID) (FBI); Stemen, Amie C. (CID) (FBI) |
| **Cc:** | Sesma, David J. (LS) (FBI); Teat, Timothy C. (LS) (FBI); Judd, Joshua (USAKYW) |
| **Subject:** | Update - Sparks |

Beth/Matt/Amie,

I spoke with Sparks. He was cooperative and will be turning himself in tomorrow (Tuesday) at 1:30pm.  He does have a meeting at 11am with his attorney and then will be turning himself in following that meeting.

Thanks,
Matt

1