## [EXTERNAL EMAIL] - Preservation Request Received [Case #5739636]

**Records-noreply** <no-reply@records.facebook.com>
Wed 1/13/2021 5:42 PM

To: Hamel, Matthew J. (CID) (FBI) ▮▮▮▮▮▮▮▮▮▮

[Re:3366759 - Case:5739636]

We have taken reasonable steps to preserve the account(s) you requested. Your case number is 5739636.

Do not submit additional legal process with this preservation request. If you want to follow up with formal legal process, please visit our online request system at https://www.facebook.com/records to submit a new records request. Please include the same user information provided in this preservation request (user ID, email, or vanity ID).

PLEASE NOTE: This data will expire 90 days from the preservation date. To request a single extension of your preservation request, please visit our online request system at https://www.facebook.com/records.

Thank you,
Law Enforcement Response Team

---

NOTICE: This email (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. Unless you are the intended recipient, you may not use, copy, or retransmit the email or its contents.