

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    04/15/2021

    Joseph HOWE, date of birth ▮▮▮▮, cell phone number ▮▮▮▮, home address ▮▮▮▮, was interviewed at Burger King, ▮▮▮▮ Kentucky, by SA Jess Matthew Foley and SA Tim Teat. After being advised of the identity of the interviewing Agents and the nature of the interview, HOWE provided the following information:

    HOWE is employed at ▮▮▮▮ HOWE traveled with several co-workers to Washington D.C. to participate in the January 6, 2021 protests at/near the U.S. Capitol Building. These co-workers included Mike SPARKS; ▮▮▮▮ and another male named ▮▮▮▮ SPARKS was friends with ▮▮▮▮ and knew him better than HOWE did. The group traveled from Kentucky to Washington D.C. in an SUV that SPARKS rented.

[Agent Note: HOWE offered to provide the Agents with ▮▮▮▮ last name at a later date if he could find out what it was.]

[Agent Note: At this point of the interview, HOWE began drawing a map on a piece of paper to explain to the Agents his whereabouts while providing context.]

    When they arrived at/near the U.S. Capitol on January 6, the group agreed to use a statue of General Grant on a horse as their meeting place in case they became separated because the crowds were so large. The exterior barricade had already been knocked down by the time they arrived and cell phone coverage was spotty.

    Around this time, the crowd began moving toward the Capitol steps so HOWE followed the crowd. He saw a man laying on the ground near the Capitol who appeared to have had a heart attack and was unconscious. Another

---

Investigation on   04/12/2021   at   Elizabethtown, Kentucky, United States (In Person)

File #   ▮▮▮▮                                                                                 Date drafted   04/13/2021

by   Timothy C. Teat, JESS MATTHEW FOLEY

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

bystander was unsuccessfully attempting to revive the man on the ground with a defibrillator. HOWE remained nearby to keep the crowd away from the man laying on the ground and to assist if needed.

Shortly thereafter, HOWE became separated from the others in his group. Tear gas was being shot into one area of the crowd. HOWE was unsure who was firing the tear gas. HOWE remained near the rear of the crowd, but the wind blew the tear gas into his eyes.

HOWE then walked toward the Capitol steps to look for the other men from his group. Howe walked up the Capitol steps, looked through broken windows into the Capitol, but never went inside. While remaining on the outside of the Capitol building, he walked around to the other side of the building, but did not find anyone from his group. He did not recall taking any pictures or videos when he was near the Capitol. HOWE then returned to the rendezvous point at the statue, and waited for the others to return.

After some time passed, everyone except SPARKS returned to the statue. Eventually, they went to their hotel parking garage and continued to wait for SPARKS who finally met them there. Everyone was in shock from the events of the day and they did not say much to each other for the rest of the evening. The group has not spoken about the events of January 6, 2021 to each other since they returned home. They have since been separated into different work areas.

Attached via 1A are the Agent's handwritten interview notes and map drawn by HOWE.