UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 21-CR-87(1) (TJK) |
| | : | |
| MICHAEL SPARKS, | : | |
| Defendant. | : | |

## SUPPLEMENTAL SENTENCING MEMORANDUM OF DEFENDANT MICHAEL SPARKS

The final presentence report was filed herein on August 20, 2024. (DN 134). Because of counsel's unavailability August 15, 2024, through August 22, 2024, defendant filed his sentencing memorandum on August 14, 2024. (DN 132). This sentencing memorandum was based on the preliminary presentence report and was filed on the assumption that the final PSR, not yet filed at that point, would differ substantively from the preliminary PSR only with regard to the dismissal of the 18 U.S.C. §1512(c)(2) charge.

Counsel moved the Court for and the Court granted an extension to August 23, 2024, for defendant to file a supplemental memorandum addressing any additional or unanticipated changes in the final PSR not anticipated or accounted for in his sentencing memorandum based on the preliminary PSR.

Having reviewed the final PSR, counsel has no additional objections or argument and stands on his original sentencing memorandum herein.

/s/ Scott T. Wendelsdorf (Ky. Bar No. 75790)
Federal Defender
629 Fourth Avenue
200 Theatre Building
Louisville, Kentucky 40202
(502) 584-0525
Scott_Wendelsdorf@fd.org

Counsel for Defendant.

## CERTIFICATE

    I hereby certify that on August 23, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Scott T. Wendelsdorf